# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

160955-6

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STEVEN BRADLEY MacKENZIE,
     Plaintiff-Appellant,

v

JONATHAN TOBY WHITE,
     Defendant-Appellee.
_____/

SC: 160955
COA: 346331
Ingham CC: 18-000291-NM

STEVEN BRADLEY MacKENZIE,
     Plaintiff-Appellant,

v

GREGORY J. CROCKETT,
     Defendant-Appellee.
_____/

SC: 160956
COA: 347826
Ingham CC: 18-000695-NM

     On order of the Court, the application for leave to appeal the January 2, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

a1019